**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**PRISCILLA A. ELLIS ERKKILA,**

      **Plaintiff,**

  **v.**

**C.R. BARD, INC., et al.**

      **Defendants.**

**Case No. 2:22-cv-3261**
**Judge Edmund A. Sargus**
**Magistrate Judge Kimberly A. Jolson**

**<u>ORDER</u>**

    This matter is before the Court on Plaintiff's motion for leave to proceed *in forma pauperis* under 28 U.S.C. §1915(a).  (Doc. 1).  Because Plaintiff has not provided any information regarding her income and expenses, the Court cannot determine whether Plaintiff meets the legal standard applicable to a motion to proceed *in forma pauperis*—that is, whether she cannot pay the Court's filing fee without depriving herself the "necessities of life."  *Adkins v. E.I. DuPont de Nemours & Co., Inc.*, 335 U.S. 331, 339 (1948) (internal quotation marks omitted).  The Clerk is **DIRECTED** to mail Plaintiff a copy of this Order, along with a copy of the Court's form Application to Proceed Without Prepayment of Fee and Affidavit in Support Thereof.

    Plaintiff is **ORDERED** to submit the completed application and affidavit to the Court within **fourteen days** of the date of this Order.  Failure to do so may result in a recommendation that her motion be denied.

    IT IS SO ORDERED.

Date: March 22, 2023

            /s/Kimberly A. Jolson
            KIMBERLY A. JOLSON
            UNITED STATES MAGISTRATE JUDGE