UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Ellis Erkkila v. C.R. Bard, Inc., et al.*
Case No. 2:22-cv-3261

## ORDER

This matter is before the Court on Plaintiff's Motion for Punitive Damages (ECF No. 6) and Motion for Summary Judgment (ECF No. 14). In her complaint, Plaintiff indicated that she was bringing a claim for punitive damages (ECF No. 5 at PageID #34), therefore her Motion for Punitive Damages (ECF No. 6) is **DENIED AS MOOT**. Additionally, it is not clear what relief Plaintiff seeks with her Motion for Summary Judgment (ECF No. 14). The Motion cites to Federal Rules of Civil Procedure 38 and 39 and appears to be asking for a default judgment. This is not a proper motion for summary judgment pursuant to Federal Rule of Civil Procedure 56 and is therefore **DENIED**.

　　**IT IS SO ORDERED.**


**1/8/2024**　　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**